IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA WAYNE PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0599 |
| | ) | Judge Trauger |
| SEAN QUEEN, DAWN LENIGER, | ) | |
| CAPPS DRIVE TRUST, and ROYALTY | ) | |
| PROPERTIES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 3) filed by the defendants is **DENIED**.

It is so ordered.

Enter this 27th day of February 2006.

ALETA A. TRAUGER
United States District Judge